Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
31 N. 6th Avenue
#105-152
Tucson, AZ 85701-5701
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 PROCEEDINGS |
| ) | |
| ADAM CODY CAHOON ) | CASE NO.: 20-bk-12634-BMW |
| STEPHANIE ANN CAHOON ) | |
| ) | **NOTICE OF LODGING STIPULATED** |
| ) | **ORDER CONFIRMING THE** |
| ) | **CHAPTER 13 PLAN** |
| DEBTORS | |

      Dianne C. Kerns, the Trustee in the above-captioned estate, hereby gives notice that a Stipulated Order Confirming the Chapter 13 plan has been lodged in compliance with Local Rules of Bankruptcy Procedure Rule 2084-13(c).

Dated: 4/15/2021

/s/ Dianne C. Kerns 011557
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Copy of the foregoing lodged electronically with U.S. Bankruptcy Court, mailed and or electronically noticed this: April 15, 2021 to:

WAYNE MORTENSEN!
MORTENSEN LAW OFFICES PLLC
1901 E UNIVERSITY DR #360
MESA, AZ 85203

Submitted by: Dawn Hoffman